No. 17-3543

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

JOHNNIE LEE SAVORY,

        *Plaintiff-Appellant*,

v.

CHARLES CANNON, *et al.*,

        *Defendants-Appellees*.

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 17 C 204—Gary Feinerman, *Judge*.

## **SUGGESTION OF DEATH**

Now comes counsel for the Plaintiff, Johnnie Lee Savory, and represents to the Honorable Court that he was notified that Defendant Charles Cannon died on May 2, 2018.

Dated: July 23, 2018                 RESPECTFULLY SUBMITTED,

                                   BY:   /s/ Steven Art
                                             *Counsel of Record for Johnnie Lee Savory*

| | | |
|---|---|---|
| Jon Loevy | Flint Taylor | Locke Bowman |
| Elizabeth Mazur | John L. Stainthorp | Alexa Van Brunt |
| Steven Art | People's Law Office | MacArthur Justice Center |
| Tony Balkisoon | 1180 N. Milwaukee Ave. | Northwestern University |
| Loevy & Loevy | Chicago, Illinois 60642 |   School of Law |
| 311 N. Aberdeen St. | (773)235-0700 | 375 E. Chicago Ave. |
| Third Floor | | Chicago, IL 60611 |
| Chicago, Illinois 60607 | | (312) 503-1271 |
| (312) 243-5900 | | |
| steve@loevy.com | | |

# CERTIFICATE OF SERVICE

I, Steven Art, hereby certify that on July 23, 2018, I filed the forgoing SUGGESTION OF DEATH using the Court's CM/ECF system, which effected service on all counsel of record listed below. Plaintiff is also causing the same to be served on the nonparty next of kin of Charles Cannon.

***Counsel for Defendants***:
James G. Sotos
John J. Timbo
Thomas F. Downing
THE SOTOS LAW FIRM, P.C.
550 E. Devon Avenue, Suite 150
Itasca, IL 60143
Tel: (630) 735-3300
Fax: (630) 773-0980

/s/ Steven Art
*Counsel of Record for*
*Johnnie Lee Savory*

Arthur Loevy
Jon Loevy
Elizabeth Mazur
Steven Art
Tony Balkissoon
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com