# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 24, 2018

*By the Court:*

| | |
|---|---|
| No. 17-3543 | JOHNNIE L. SAVORY, <br> Plaintiff - Appellant <br><br> v. <br><br> CHARLES CANNON, et al., <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-00204 <br> Northern District of Illinois, Eastern Division <br> District Judge Gary Feinerman | |

The following is before the court: **SUGGESTION OF DEATH**, filed on July 23, 2018, by counsel for the appellant.

The appellant has filed a suggestion of death with this court. If the appellant wishes to substitute the decedent's personal representative, the appellant should file a motion in compliance with Federal Rule of Appellate Procedure 43. If the decedent has no representative, the appellant should inform the court. *See* Fed. R. App. P. 43(a)(1).

form name: **c7_Order_BTC**(form ID: **178**)