No. 17-3543

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

JOHNNIE LEE SAVORY,

                              *Plaintiff-Appellant*,

v.

CHARLES CANNON, *et al.*,

                              *Defendants-Appellees*.

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 17 C 204—Gary Feinerman, *Judge*.

## PLAINTIFF-APPELLANT JOHNNIE LEE SAVORY'S
## MOTION TO SUBSTITUTE

Plaintiff-Appellant, JOHNNIE LEES SAVORY, by his attorneys, pursuant to Federal Rule of Appellate Procedure 43, hereby submits this motion to substitute William Cannon, Sr., for deceased Defendant-Appellee Charles Cannon. In support of the motion, Plaintiff-Appellant states as follows:

1.    On January 11, 2017, Plaintiff-Appellant Johnnie Lee Savory brought this action for damages alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983 and Illinois law. R. 1.[1]

---

[1] Citations to district court record are noted as "R." followed by the document and page numbers. Citations to this Court's docket are noted as "Doc." followed by the document and page numbers.

2. On March 9, 2017, the district court appointed and substituted Beth Bell, City Clerk of Peoria, as special representative for purposes of defending this lawsuit on behalf of deceased Defendants Russell Buck, Peters Gerontes, and John Timmes. R. 38, 41.

3. On December 1, 2017, the district court dismissed the case with prejudice as untimely, R. 95, 96, and Savory timely filed notice of appeal on December 14, 2017, R. 97.

4. Savory filed his opening brief on March 9, 2018, Doc. 12; Defendants-Appellees filed their response brief on June 26, Doc. 21; and Savory filed his reply on July 23, Doc. 28.

5. On July 23 Savory also filed a suggestion of death in this Court, having learned that Defendant-Appellee Cannon had died on May 2, 2018. Doc. 25.

6. On July 24 this Court ordered Savory to file a motion to substitute if Cannon had a personal representative, or to inform the Court if Cannon had no personal representative.

7. Two weeks later, counsel for Cannon informed Savory's counsel that Cannon's family did not intend to open an estate, but that Cannon's son, William Cannon, Sr., would accept an appointment as the personal representative of his father for purposes of this lawsuit.

8. On August 8, Defendants-Appellees filed a notice that the suggestion of death had been served on William Cannon, Sr. Doc. 30.

9. As of today's date, deceased Defendant-Appellee Cannon's will has been filed in the Circuit Court of Peoria County, that case has been closed, and no probate estate has been opened. See *Will of Cannon*, 18 W 306 (Circuit Court of Peoria County, May 10, 2018).

10. This Court has recognized that federal courts may appoint and substitute a personal representative, consistent with Illinois law, in the circumstances present here: where claims survive the death of a party and the state court has not opened an estate. See, *e.g.*, *Ward v. Edgeton*, 59 F.3d 652, 653 (7th Cir.1995); *Anderson v. Romero*, 42 F.3d 1121, 1122-25 (7th Cir.1994); *Bennett v. Tucker*, 827 F.2d 63, 67-68 (7th Cir. 1987); *Stewart v. Special Administrator of the Estate of Mesrobian*, 559 Fed. App'x 543, 548-59 (7th Cir. 2014); see also 735 ILCS 5/13-209(b)(2); 735 ILCS 5/2-1008(b)(2); *Relf v. Shatayeva*, 998 N.E.2d 18 (Ill. 2013).

11. This Court should appoint William Cannon, Sr., who has volunteered to accept the appointment, as personal representative for the purpose of defending this case, and it should substitute him for deceased Defendant-Appellee Cannon.

12. Because this Court holds that interested nonparties must be served with both the suggestion of death and a motion to substitute, *Atkins v. City of Chicago*, 547 F.3d 869, 873-74 (7th Cir. 2008). Plaintiff intends to serve a copy of this motion and the suggestion of death, on the surviving next of kin of Defendant-Appellee Cannon, as outlined in the certificate of service to this motion.

WHEREFORE, Plaintiff-Appellant Savory respectfully requests that this Court appoint and substitute William Cannon, Sr., as personal representative for deceased Defendant-Appellee Charles Cannon.

RESPECTFULLY SUBMITTED,

/s/ Steven Art
*Counsel of Record for*
*Johnnie Lee Savory*

| Arthur Loevy | Flint Taylor | Locke E. Bowman |
|---|---|---|
| Jon Loevy | John L. Stainthorp | Alexa Van Brunt |
| Elizabeth Mazur | People's Law Office | The Solange and Roderick |
| Steven Art* | 1180 N. Milwaukee Ave. |   MacArthur Justice Center |
| Tony Balkissoon | Chicago, IL 60642 | Northwestern University |
| Loevy & Loevy | (773) 235-0700 |   School of Law |
| 311 N. Aberdeen St. | | 375 E. Chicago Ave. |
| Third Floor | | Chicago, IL 60611 |
| Chicago, IL 60607 | | (312) 503-1271 |
| (312) 243-5900 | | |
| steve@loevy.com | | |

*\*Counsel of Record*

# CERTIFICATE OF SERVICE

I, Steven Art, hereby certify that I served the PLAINTIFF-APPELLANT JOHNNIE LEE SAVORY'S MOTION TO SUBSTITUTE on August 31, 2018, using the Court's CM/ECF system, which effected service on all counsel of record for the Defendant-Appellees. In addition, Savory's counsel has prepared the motion for in-hand service or service by certified mail on the following individuals:

**Vickie Cannon (spouse)**
5220 N Woodview Ave
Peoria, IL 61614

**Andrea Grant (daughter)**
12717 W Earll Dr
Avondale, AZ 85392

**Charles Cannon Jr.**
1020 E Tripp Ave
Peoria, IL 61603

**William Cannon, Sr.**
2724 W Newman Pkwy
Peoria, IL 61604

**Kenneth Cannon**
11014 N Mosscliff Ct
Dunlap, IL 61525

**Alicia Williams**
747 W Sharon Rd
Cincinnati, OH 45240

**Anita Ingram**
15 W 4th St
Unit 507
Cincinnati, OH 45202

**Ramona Harmon**
6141 Green Knoll Cir
Hamilton, OH 45011

**Scott Howard**
2535 NE Monroe St
Peoria, IL 61603

                                                    /s/ Steven Art
                                                  *Counsel of Record for*
                                                  *Johnnie Lee Savory*

Arthur Loevy
Jon Loevy
Elizabeth Mazur
Steven Art
Tony Balkissoon
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com